452 A.2d 1013

COMMONWEALTH of Pennsylvania

v.

Harry RODRIGUEZ, Appellant.

Supreme Court of Pennsylvania.

Argued Oct. 27, 1982.

Decided Dec. 10, 1982.

Nino V. Tinari, Vincent P. DiFabio, Philadelphia, for appellant.

Stephen B. Harris, First Asst. Dist. Atty., Christine O. Boyd, Deputy Dist. Atty., for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

ORDER

PER CURIAM:

Judgment of sentence affirmed.